EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Aprobación de Cambio de Estatus<br>Inactivo de enero a marzo de 2014 | 2014 TSPR 62<br><br>190 DPR ____ |
|---|---|

Número del Caso: EM-2014-6

Fecha: 25 de abril de 2014

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de
Estatus Inactivo de
enero a marzo de 2014          EM-2014-6


RESOLUCIÓN


San Juan, Puerto Rico, a  25  de abril de 2014.

Durante el periodo de enero a marzo de 2014, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) en RUA de los siguientes abogados(as):

### enero

| | |
|---|---|
| Alexis D. Mattei Barrios | 2371 |
| Eduardo E. Toro Font | 7042 |
| Luis A. Bonilla Espada | 7703 |
| Nilsa M. Acín Díaz | 10,311 |
| Rafael A. Rosado Marrero | 12,676 |
| Iris Y. Rabelo de Armas | 16,089 |
| Jessica P. Orozco Peña | 17,178 |

### febrero

| | |
|---|---|
| Benigno Dapena Yordán | 1873 |
| Orison Trossi Orlandi | 2747 |
| Julio V. Rodríguez Vilá | 5878 |
| Rafael Rivera Rosa | 6621 |
| René R. Silva Benoy | 6646 |
| Elsie R. González Galoffín | 7629 |
| Raúl De Jesús Romero | 9547 |
| María J. Ramos Soler | 9625 |
| Raúl Dávila Carlos | 10,318 |
| Waleska Rivera Márquez | 11,677 |

Aprobación de Cambio de
Estatus Inactivo de
enero a marzo de 2014                    Página 2

| Gilberto Figuera Ríos | 11,810 |
| Radamés Peña Jordán | 13,537 |
| Valerie Torres Torres | 18,038 |

### marzo

| Luis A. Toledo Olivieri | 2097 |
| María del Carmen Martínez Lugo | 3510 |
| Wallace C. Mencke | 3641 |
| Graciela Vázquez Ramírez de Schwartz | 5083 |
| John L. Shapiro Torruella | 6328 |
| Marta Meléndez Ramos | 6794 |

Publíquese.


Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo